UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

PLANVIEW TECHNOLOGIES, INC.,
F/K/A TASKTOP TECHNOLOGIES,
INCORPORATED,

              Plaintiff,

      -against-                     Case No. 1:26-cv-02395 (GBD)

TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA,

              Defendant.

------------------------------------------------------ X

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for Teachers Insurance and Annuity Association of America ("TIAA") discloses the following:

1.      TIAA is a domestic corporation duly formed and existing under and by virtue of the laws of the State of New York, and its principal place of business is within the State of New York.

2.      TIAA certifies that it is not a publicly traded company, nor are there any parent corporations and/or publicly held corporations that own 10% or more of NYOSMT's stock.

Dated: New York, New York             Respectfully submitted,
       May 22, 2026

                                   SEYFARTH SHAW LLP

                                   /s/ Torrey K. Young
                                   Torrey K. Young
                                   620 Eighth Avenue
                                   New York, New York 10018
                                   (212) 218-5500
                                   tkyoung@seyfarth.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, a copy of the foregoing Rule 7.1 Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties via the Court's electronic filing system.

Dated: New York, New York        /s/ Torrey K. Young
       May 22, 2026                   Torrey K. Young