UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

Planview Technologies, Inc., F/K/A Task Top
Technologies, Incorporated,
                    Plaintiff(s),

        -against-                                        26cv02395(GBD)
                                                        INITIAL PRETRIAL
Teachers Insurance and Annuity Association of           CONFERENCE
America,
                    Defendant(s).

--------------------------------------------------------------------X

TO:     The Attorney(s) for Plaintiff(s):

        Counsel for all parties is hereby directed to attend a conference at the time and place fixed
below, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16.  You are
directed to furnish  all attorneys in this action with copies of this order and enclosures, and to furnish
chambers with a copy of any transmittal letter(s).  If you are unaware of the identity of counsel for any
of the parties, you must send a copy of the notice and rules to that party personally.

        An Initial pretrial conference will be held **Wednesday, June 24, 2026, at 9:45 a.m.** at the United
States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

        No application for adjournment will be considered unless made at least one week prior to the
date of this conference.

        Enclosed is a proposed Case Management Plan and Scheduling Order, pursuant to Rules 16
and 26 (f) of the Federal Rules of Civil Procedure.  Counsel for all parties are directed to confer
regarding the proposed plan and order.  If the proposed schedule is agreeable to all parties, counsel
shall sign and file the enclosed plan and order with the Court seven (7) days before the date of the
initial pretrial conference.  If counsel agrees that a different plan and schedule is appropriate, counsel
shall sign and file a different proposed plan and schedule for the court's consideration seven (7) days
before the date of the pretrial conference.  In the absence of agreement, the Court, after hearing from
counsel, will order a Case Management Plan and schedule at the conference.  Absent extraordinary
circumstances, the Plan shall provide that the case be ready for trial within six months.

        In addition to the matters covered in the Case Management Plan, counsel should also be
prepared to address at the conference the factual and legal bases for their claims or defenses, any
issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: New York, New York
       May 26, 2026

                                              SO ORDERED:

                                              _George B. Daniels_
                                              GEORGE B. DANIELS
                                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Planview Technologies, Inc., F/K/A TaskTop
Technologies, Incorporated,
                    Plaintiff(s),

                                                  26cv02395(GBD)
        -against-                                 CIVIL CASE MANAGEMENT
                                                  PLAN AND SCHEDULING

Teachers Insurance and Annuity Association
of America
                    Defendant(s).
-------------------------------------------------------------X

        After consultation with counsel for the parties, the following Case Management
Plan is adopted.  This plan is also a scheduling order pursuant to Rules 16 and 26(f) of
the Federal Rules of civil Procedure.

1.      An Initial pretrial conference will be held on **Wednesday, June 24,  2026, at 9:45 a.m**., at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

2.      No **Additional parties** may be joined after **June 24, 2026**.

3.      No amendment to the pleadings will be permitted after **August 12, 2026**.

4.      Except for good cause shown, all **discovery** shall be commenced in time to be completed by **October 21 , 2026**.  The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulates that additional time (not to exceed 60 more days) is needed to complete discovery.  In such event, discovery  may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court.  The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

5.      **Dispositive motions** are to be served **November 18, 2026**.  Answering papers are to be served within 14 days.  Reply papers are to be served within seven (7) days.  In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion.  The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

6.    A final **pretrial conference** will be held on **December 2, 2026, at 10:00 a.m.**.

7.    The **Joint Pretrial Order** shall be filed no later than **December 16, 2026** . The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

8.    **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

9.    The parties shall be **ready for trial** within 48 hours, notice on or after . The estimated trial time is _____ days, and this is a (jury)(non-jury) trial.

10.    **A Status Conference** will be held on **July 15, 2026 at 10:00 a.m.**.


Dated: May 26, 2026
      New York, New York


SO ORDERED:


_____
George B. Daniels
United States District Judge


_____
Attorney for Plaintiff(s)


_____
Attorney for Defendant(s)


-2-