UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Planview Technologies, Inc., F/K/A TaskTop
Technologies, Incorporated,

        Plaintiff,

       -against-                    26cv02395(GBD)
                                      CIVIL CASE MANAGEMENT
Teachers Insurance and Annuity Association     PLAN AND SCHEDULING
of America,

        Defendant.
------------------------------------------------------------------X

       After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. An Initial pretrial conference will be held on **Wednesday, June 24, 2026, at 9:45 a.m.,** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

2. No **Additional parties** may be joined after **August 24, 2026.**

3. No amendment to the pleadings will be permitted after **October 12, 2026.**

4. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **December 21, 2026**. The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of the 90 days period, all counsel stipulates that additional time (not to exceed 60 more days) is needed to complete discovery.  In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court.  The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

5. **Dispositive motions** are to be served **January 19, 2027.** Answering papers are to be served within 14 days.  Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion.  The

final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

6. A final **pretrial conference** will be held on **February 1, 2027, at 10:00 a.m.**

7. The **Joint Pretrial Order** shall be filed no later than **February 14, 2027.**  The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

8. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

9. The parties shall be **ready for trial** within seven (7) days' notice, on or after. The estimated trial time is _____ days, and this is a (jury)(non-jury) trial.

10. **A Status Conference** will be held on **September 14, 2026 at 10:00 a.m..**

Dated: June 22, 2026
      New York, New York

SO ORDERED:

_____
George B. Daniels
United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant