AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Planview Technologies, Inc.,<br>f/k/a Tasktop Technologies, Incorporated,<br>*Plaintiff*<br>v.<br>Teachers Insurance and Annuity Association of America<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.    1:26 cv 02395

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Planview Technologies, Inc., f/k/a Tasktop Technologies, Incorporated                    .

Date:    06/23/2026

/s/ Scott A. Klein
*Attorney's signature*

Scott A. Klein - SK8579
*Printed name and bar number*

Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016

*Address*

klein@mintzandgold.com
*E-mail address*

(212) 696 4848
*Telephone number*

(212) 696 1231
*FAX number*