

**Mintz & Gold**

| | | |
|---|---|---|
| Steven W. Gold | Julia B. Milne | **Senior Counsel** |
| Steven G. Mintz* | James W. Kennedy | Jack A. Horn |
| Jeffrey D. Pollack* | Ryan W. Lawler* | Noreen E. Cosgrove |
| Elliot G. Sagor | Andrew A. Smith | Andrew E. Steckler |
| Ira Lee Sorkin | Amit Sondhi | Alex J. Otchy* |
| Lon Jacobs | Michael Mooney | David J. Winkler**** |
| Steven A. Samide | Timothy J. Quill, Jr. | |
| Scott A. Klein | Allison Pridmore | **Of Counsel** |
| Robert B. Lachenauer | Victoria F. Muth | Honorable Vito J. Titone (*dec.*) |
| Roger L. Stavis | Alexandra K. Keller*** | *NY State Court of Appeals 1985–1998* |
| Howard M. Topaz | Carli M. Aberle | Harvey J. Horowitz (*dec.*) |
| Philip E. Altman | Zachary J. Turquand | Honorable Howard Miller |
| Charles A. Ross** | Kellyann T. Ryan | *NY Appellate Div. 1999–2010* [ret.] |
| Richard M. Breslow | Samuel J. Allaman* | Alan Katz |
| Barry M. Kazan* | Sitie "Esther" Tang | Eric M. Kutner |
| Craig D. Spector* | Benjamin S. Cotler | Brian T. Sampson |
| Kevin M. Brown | Halle Preston | Erica Nazarian |
| Alexander H. Gardner | Justin T. Dailey | Tara Shamroth |
| Heath Loring | | Jared Van Vleet |
| Peter Guirguis | | Simone Calzolai* |

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in Indiana
****Also admitted in Illinois
+Admitted in Italy and the United Kingdom (Not admitted in the U.S.)

June 25, 2026

<u>Via ECF</u>

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 11A
New York, NY 10007

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated:  **JUN 2 5 2026**

> Re:   **Planview Technologies, Inc. v. Teachers Insurance and Annuity Association**
> **of America – Case No. 26-cv-2395**
> <u>**Request to Change Date of Status Conference**</u>

Dear Judge Daniels:

This firm represents Plaintiff in the above-entitled action.  We write this letter with the consent of counsel for Defendant.

Yesterday, the parties appeared in Court for the Initial Pretrial Conference.  At the conclusion of the conference, the Court set the next status conference for September 15, 2026.  Unfortunately, Steven Mintz, lead counsel for Plaintiff (who could not appear in Court yesterday) will be in a Rhode Island Courtroom on September 15 and thus will not be able to appear.

Case 1:26-cv-02395-GBD    Document 20    Filed 06/25/26    Page 2 of 2



June 25, 2026
Page 2

The Court also offered September 16 as a possible date for the status conference, and all counsel are available on that date. Accordingly, the parties respectfully request that the status conference be moved from September 15 to September 16 at 9:45 a.m.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*s/ Scott Klein*
Scott Klein

Cc:    All counsel (via ECF)