UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X

PLANVIEW TECHNOLOGIES, INC.,
F/K/A TASKTOP TECHNOLOGIES,
INCORPORATED,

Plaintiff,

-against-

TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA,

Defendant.

---------------------------------------------------- X

Case No. 1:26-cv-02395 (GBD)

**~~[PROPOSED~~] ORDER**

Upon consideration of the foregoing Confidentiality Stipulation and Proposed Protective Order, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. That the restrictions and procedures outlined in the Protective Order shall apply only to the information and documents exchanged by the parties in connection with the pre-trial phase of this action, and shall not apply to the trial of this action; and

2. The Protective Order shall survive the termination of the litigation.

Dated: September 23, 2026

By: ______________________
Hon. George B. Daniels
United States District Judge